UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA DENISE JULICK,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>                    Defendant. | Case No. EDCV 13-874 JC<br><br>JUDGMENT |

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand for Immediate Payment of Benefits filed concurrently herewith.


DATED: November 21, 2013

                                        _____/s/_____

                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE